KAMER ZUCKER ABBOTT
R. Todd Creer #10016
Dare E. Heisterman #14060
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
schao@kzalaw.com

Attorneys for Defendant
Fitnancial Solutions LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA BARROW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FITNANCIAL SOLUTIONS LLC dba KEEP WHAT YOU EARN CO., a Connecticut limited liability company,<br><br>Defendant. | Case No. 3:26-cv-00459-ART-CSD<br><br>ORDER GRANTING<br><br>**STIPULATED REQUEST AND ORDER FOR COUNSEL TO APPEAR VIRTUALLY AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 2, 2026** |

Pursuant to the Order Setting Case Management Conference (ECF No. 9), Plaintiff Erica Barrow and Defendant Fitnancial Solutions LLC dba Keep What You Earn Co. ("KWYE" or "Defendant"), by and through their counsel of record, hereby stipulate and request that counsel for the parties shall appear virtually at the Rule 16 Case Management Conference before Magistrate Judge Craig S. Denney. The Case Management Conference is currently set for Wednesday, September 2, 2026, at 9:00 a.m. in Reno, Nevada. Because counsel for both parties are based in Las Vegas, Nevada, and travel to Reno, Nevada, would incur additional expense and travel time to attend the Case

/ / /

/ / /

Management Conference in person, the parties stipulate and request that they be allowed to appear virtually.

IT IS SO STIPULATED AND AGREED.

DATED this 28th day of August, 2026.

Respectfully submitted,

GREENBERG GROSS LLP

/s/ Jorge "Coco" Padilla
Jemma E. Dunn #16229
Matthew T. Hale #16880
Jorge "Coco" Padilla #16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Tel: (702) 777-0888
Fax: (702) 777-0801

Attorney for Plaintiff
Erica Barrow

Respectfully submitted,

KAMER ZUCKER ABBOTT

/s/ Dare E. Heisterman
R. Todd Creer #10016
Dare E. Heisterman #14060
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Fitnancial Solutions LLC

IT IS SO ORDERED:

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2026