MARCUS LEE, ESQ. (Nevada Bar No. 15769)
Email: MLee@ohaganmeyer.com
AMANDA PATANAPHAN, ESQ. (Nevada Bar No. 15080)
Email: APatanaphan@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725-286-2822

*Attorneys for Defendant / Counterclaimant*
*Fitnancial Solutions LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA BARROW, an individual;<br><br>Plaintiff / Counter-Defendant,<br><br>vs.<br><br>FITNANCIAL SOLUTIONS LLC dba KEEP WHAT YOU EARN CO., a Connecticut limited liability company,<br><br>Defendant / Counterclaimant. | Case No.: 3:26-cv-00459-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DISMISSAL**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2 and LR 26-3, Plaintiff / Counter-Defendant Erica Barrow ("Plaintiff") by her counsel Jemma E. Dunn, Matthew T. Hale, and Jorge "Coco" Padilla of Greenberg Gross LLP, and Defendant / Counterclaimant Fitnancial Solutions LLC ("Defendant") by its counsel Marcus Lee, Esq. and Amanda Patanaphan, Esq. of O'Hagan Meyer PLLC, hereby stipulate and agree to extend the deadline for dismissal of this matter, as originally set by the October 14, 2026 minute order ECF No. 25, from November 30, 2026 to December 18, 2026. This is the parties' first request for an extension of the dismissal deadline.

Good cause exists to extend this dismissal deadline as the parties continue to work diligently towards finalization of the terms of settlement, along with execution of the terms of the settlement agreement, including issuance of payments and certain action items agreed to by the parties. LR 26-3 requires a showing of good cause where the request for extension is made

within 21 days of the subject deadline. The good cause inquiry is focused on the movant's reasons for seeking to modify the scheduling order and primarily considers the movant's diligence. *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013). The key determination is whether the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609.

The parties believe good cause is exhibited for the short extension of time due to the tasks to be completed and finalization of the terms of the settlement agreement and issuance of payment. The parties are working diligently to finalize the agreement and dismiss the case.

The parties are entering into this stipulation in good faith and will address any disputes in the ordinary course. The Parties submit that these circumstances satisfy the required good cause in extending the deadlines referenced above.

DATED this 18th day of November, 2026.

**GREENBERG GROSS, LLP**

/s/ *Coco Padilla*
JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff / Counter-Defendant Erica Barrow*

DATED this 18th day of November, 2026.

**O'HAGAN MEYER PLLC**

/s/ *Amanda Patanaphan*
MARCUS LEE, ESQ,
Nevada Bar No. 15769
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendant / Counterclaimant Fitnancial Solutions LLC*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 24, 2026.